IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No.: 3:24-cv-932

| | |
|---|---|
| HOSPITALITY LOGISTICS INTERNATIONAL, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| RPM EXPEDITE, INC., | ) ) |
| Defendant. | ) ) |

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant RPM Expedite, Inc., hereby removes this action pursuant to 28 U.S.C. §§ 1332 and 1441 from Mecklenburg County Superior Court to the United States District Court for the Western District of North Carolina. In support of this notice, RPM Expedite shows the Court as follows:

### Removal is Timely

1. On October 1, 2024, Plaintiff Hospitality Logistics International, LLC ("HLI") filed a complaint against RPM Expedite in the North Carolina General Court of Justice, Superior Court Division, in Mecklenburg County, North Carolina. *See generally Hosp. Logistics Int'l v. RPM Expedite, Inc.*, Mecklenburg Cnty. No. 24CV045731-590 (N.C. Super. Oct. 1, 2024).

2. RPM Expedite received the summons and complaint on October 4, 2024. RPM Expedite also received a copy of a motion for preliminary injunction.

Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders from the state court file are attached as **Exhibits A through G**.

3. No further proceedings have been had in Mecklenburg County Superior Court as of the date of the filing of this removal.

4. This notice of removal is timely. RPM Expedite filed this notice within 30 days of the service of the complaint as required by 28 U.S.C. § 1446(b)(1). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 356 (1990).

5. RPM Expedite reserves its right to assert the insufficiency of process or insufficiency of service of process as defenses to HLI's complaint.

## The Court has Jurisdiction

6. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 because complete diversity exists between the parties.

7. HLI is a North Carolina limited liability company. Compl. ¶ 1. Upon information and belief, all members of HLI are citizens and residents of the State of North Carolina. Upon information and belief, no member of HLI is a citizen and resident of Canada.

8. RPM Expedite is a corporation organized and existing under the laws of Ontario, Canada, with a principal place of business in Brampton, Ontario, Canada. Compl. ¶ 2.

9. The amount in controversy exceeds $75,000 exclusive of interests and costs. HLI alleges that it is entitled to compensatory damages "in excess of" $25,000. Compl. ¶¶ 55, 67, 80. HLI further alleges that it is entitled to treble damages under

N.C.G.S. § 75-1.1. Compl. ¶ 91. HLI's claimed damages thus exceed $75,000 exclusive of interest and costs and satisfy the amount-in-controversy requirement. *See Bell v. Preferred Life Assur. Soc.*, 320 U.S. 238, 240–41 (1943).

10. Pursuant to 28 U.S.C. §§ 1332 and 1441 removal of the above-captioned state court action thus is appropriate.

## Venue is Proper in This Court

11. Venue is proper in this court pursuant to 28 U.S.C. § 1441(a) in that this district and division embrace the place where the action is pending.

## Procedural Compliance

12. RPM Expedite is serving written notice of the filing of the notice upon HLI, and it will file a copy of this notice with the Clerk of the General Court of Justice, Superior Court Division, Mecklenburg County as required by 28 U.S.C. § 1446(d).

13. RPM Expedite reserves the right to amend or supplement this notice of removal.

14. RPM Expedite reserves all defenses, and the filing of this notice of removal is without waiver of any defense.

## Conclusion

For all those reasons, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 based on diversity of citizenship, and removal pursuant to 28 U.S.C. § 1441 is appropriate.

Respectfully submitted, this the 22nd of October 2024.

/s/ *Chris Edwards*
Christopher S. Edwards
N.C. State Bar I.D. No.: 48385
email: docket@wardandsmith.com *
email: CSEdwards@wardandsmith.com **
Edward J. Coyne III
N.C. State Bar I.D. No.:  33877
email:  EJCoyne@wardandsmith.com **
For the firm of Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC  28406-7068
Telephone:  910.794.4800
Facsimile:  910.794.4877
*Attorneys for Defendant*

\* This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

\*\* Email address to be used for all communications other than service.

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of October, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that I have this day served a copy by email to the email address identified below and further by depositing a copy thereof in an envelope bearing sufficient postage in the United States mail addressed to the following person at the following address which is the last address known to me:

>Chrstopher C. Lam
>Bradley Arant Boult Cummings LLP
>214 N. Tryon Street, Suite 3700
>Charlotte, NC  28202
>Email:  clam@bradley.com

This the 22nd of October, 2024.

>/s/ *Chris Edwards*
>Christopher S. Edwards
>N.C. State Bar I.D. No.: 48385
>email: docket@wardandsmith.com *
>email: CSEdwards@wardandsmith.com **
>For the firm of Ward and Smith, P.A.
>Post Office Box 7068
>Wilmington, NC  28406-7068
>Telephone:  910.794.4800
>Facsimile:  910.794.4877
>*Attorneys for Defendant*

* This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.